# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

14- 9014

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY PALMER | ]<br>]<br>]<br>]<br>]<br>]<br>] | **Magistrate Case No. 3941059 (Class A)<br>3941060 (Class A)<br>3941061 (Class B)**<br><br>**Offense on a Federal Reservation** |

BEFORE the **Honorable Anthony R. Mautone,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation under the provisions of 32 CFR 634.25 (f), personally appeared this day **Christopher A. Huling**, Special Assistant U.S. Attorney, 87th ABW/JA, Joint Base McGuire-Dix-Lakehurst, New Jersey, who, under oath charges that:

On or about the **15th day of October 2013**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**TIMOTHY PALMER** did commit,

Theft of Government Property in violation of USC 18 641;

Conspiracy in violation of 18 USC 371; and

Trespassing in violation of 18 USC 1382.

The name of the Complainant is **Christopher A. Huling**.

**CHRISTOPHER A. HULING**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, AT JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 2ND DAY OF JANUARY 2014.**

**HONORABLE ANTHONY R. MAUTONE**
**UNITED STATES MAGISTRATE JUDGE**

1/2/14 NK 2/6/14